NO. 07-11-00496-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 9, 2012

GEORGE VILLARREAL, APPELLANT

v.

TEXAS DEPARTMENT OF PUBLIC SAFETY, APPELLEE

FROM THE 100TH DISTRICT COURT OF CARSON COUNTY;

NO. 10,582; HONORABLE STUART MESSER, JUDGE

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, George Villarreal, has informed this Court by motion to dismiss this appeal that he no longer desires to pursue the appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. See TEX. R. APP. P. 42.1(a)(1). As there was no contrary agreement of the parties included in appellant's motion, all costs related to this appeal are assessed against appellant. See TEX. R. APP. P. 42.1(d). If dismissal will prevent appellee from seeking relief to which it would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice